







Tweet



**FDNY** ✓
@FDNY

FDNY Deputy Assistant Chief Michael Gala provides an update from the scene of an 8-alarm fire at 89-07 34th Avenue in Queens. Read more: bit.ly/31Ry7Av



9:40 PM · 4/6/21 · Twitter for iPhone




















