```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/8/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 2507, UNIFORMED EMTS, PARAMEDICS & FIRE INSPECTORS, et al,

                Plaintiffs,

-against-

CITY OF NEW YORK on Behalf of the Fire Department of the City of New York,

                Defendant.

22 Civ. 10336 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 23-1. The parties have modified much of the standard language in the Court's case management plan and scheduling order. *See, e.g., id.* ¶ 8. The parties also do not provide dates for required deadlines. *See, e.g., id.* ¶ 5 (". . . 90 days from the date of this Order."). Accordingly, by **February 15, 2023**, the parties shall file a revised proposed case management plan.

    SO ORDERED.

Dated: February 8, 2023
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge