UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOCAL 2507, UNIFORMED EMTS,
PARAMEDICS & FIRE INSPECTORS et al.,        :

                                            :      ORDER
            Plaintiffs,                            22 Civ. 10336 (AT) (GWG)
                                            :

    -v.-
                                            :

CITY OF NEW YORK                            :

                                            :
            Defendant.
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    The Court has reviewed the parties' proposals for a protective/confidentiality order and is herewith issuing its own version of such an order as it is empowered to do. See, e.g., Decarlo v. Archie Comic Publ'ns, Inc., 2000 WL 781863 (S.D.N.Y. June 20, 2000); In re Auction Houses Antitrust Litig., 2001 WL 690042 (S.D.N.Y. June 19, 2001).

    The Court makes no ruling at this time as to what material is properly designated as confidential. The Court expects the parties to act in good faith to designate only material for which they anticipate that a protective order under Fed. R. Civ. P. 26(c) would be granted. Any disputes about designations may be raised with the Court in accordance with the Protective/Confidentiality Order being issued herewith and the Court's Individual Practices.

    SO ORDERED.

Dated: April 14, 2023
       New York, New York

                                       GABRIEL W. GORENSTEIN
                                       United States Magistrate Judge