UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LOCAL 2507, UNIFORMED EMTS,                              :
PARAMEDICS & FIRE INSPECTORS, et al.,
                                                        :
                          Plaintiffs,                   :          ORDER
                                                        :
              -v.-
                                                        :          22 Civ. 10336 (AT) (GWG)

CITY OF NEW YORK,                                       :

                          Defendant.                    :
------------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

        With regard to Docket # 78, the Court rules as follows:

        Topic #1

        The word "determination" in this context is not vague.  If the City feels that it does not
determine rates, it is free to so testify or explain.

        Topic # 2

        The term "benefits" is not vague.  The City is not required to testify as to pension
benefits.

        Topic # 3

        The term "determination" in the context of "working conditions" is vague.  So is the
notion that working conditions are "set" by the City.  The response to Topic 16 should be
sufficient.

        Topic # 5

        The topic as phrased is vague and confusing.  The Court accepts as reasonable the
City's offer as to testimony relevant to this topic.

        Topic # 15

        The topic as phrased is vague and confusing.  The Court accepts as reasonable the
City's offer as to testimony relevant to this topic.

SO ORDERED.

Dated: May 10, 2023
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge