UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
LOCAL 2507, UNIFORMED EMTS,
PARAMEDICS & FIRE INSPECTORS et al.,                             :

        Plaintiffs,                                       :        ORDER

      -v.-                                                     :
                                                                          22 Civ. 10336 (AT) (GWG)
                                                                 :
CITY OF NEW YORK
                                                                 :
        Defendant.
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      A conference to discuss the discovery dispute raised in Docket # 91 will take place on September 18, 2023, at 11:30 a.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin on time.

      Each attorney is directed to ensure that all other attorneys are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated: September 12, 2023
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge