UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
LOCAL 2507, UNIFORMED EMTS,
PARAMEDICS & FIRE INSPECTORS et al.,            :

           Plaintiffs,         :         <u>ORDER</u>

     -v.-                                    :
                                                                     22 Civ. 10336 (AT) (GWG)
                                                                 :
CITY OF NEW YORK
                                                                 :
           Defendant.
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     The application to reconsider (Docket # 107) is denied.  The Court orders as follows:

     On or before September 29, 2023, the defendants shall produce a Rule 30(b)(6) witness to provide <u>all</u> information that the <u>defendants</u> have about the 2012 Job Analysis materials. Defendants are not obligated to provide information that is in the hands of a private party.

     On or before September 29, 2023, defendant shall produce for deposition an individual with full knowledge of the writing of the code and the pulling of data on injury and illness, which was produced on August 7, 2023 (Bates Stamped LOCAL 2507-DEF-0020810-LOCAL 2507-DEF-0020811).  The individual shall provide answers questions regarding this process, the data contained therein, how it was prepared, and how that data is maintained by defendants.

     On or before September 22, 2023, defendant shall produce Harold Wagner for deposition to answer questions regarding how he determined the estimates of time included in his September 8, 2023, Declaration submitted to this Court regarding the production of a report showing the number of calls Fire First Responders are dispatched to that EMS First Responders are also dispatched to per year.

     On or before September 29, 2023, the defendants shall make available to plaintiffs at a telephonic, in person or video conference,  the person Harold Wagner referenced in his September 8, 2023 Declaration [ECF No. 97-2] who would be the "experienced analyst currently in the civil service title Computer Specialist III" writing the code and completing the data pull for information regarding how many incidents Fire First Responders are dispatched to in which EMS First Responders are also dispatched to per year, to answer questions regarding the process involved in doing so, and to confer regarding how to pull this information without requiring the degree of time represented in Mr. Wagner's September 8, 2023 Declaration.

     On or before September 22, 2023, defendant shall produce for deposition the individual who wrote the code, pulled the data, and prepared the SH-900.1 Forms to answer questions regarding how that process occurred and to confer on how to properly produce this information. wrote the code, pulled the data, and prepared the SH-900.1 Forms to answer questions regarding

how that process occurred and to confer on how to properly produce this information.

The parties may agree to change the above dates by mutual agreement.

SO ORDERED.

Dated: September 21, 2023
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge