UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| LOCAL 2507, UNIFORMED EMTs, PARAMEDICS & FIRE INSPECTORS, Individually and on behalf of its current and former members; LOCAL 3621, EMS OFFICERS UNION, Individually and on behalf of its current and former members; NYC EMS SUPERIOR OFFICERS ASSOCIATION, Individually and on behalf of its current and former members; TONYA BOYD, CHRISTELL CADET, MARK CARRASQUILLO, LIZETTE CLARO, BEVERLY COBB, ALI COUTARD, SENCIA DATILUS, LAITRICE EDWARDS, ALICIA ELKADI, RONALD FLOYD, KAHLIA GRAHAM, RICHARD GUZMAN, MAGGIE HOPE, JASMIN HOWARD, ANGELA JONES, RAVIVARMAN KAILAYANATHAN, MELANIE MORENO-KETCHUM, JENELLE PIERRE, SIMONE QUASHIE, JASON SAFFON, ALLISON SHAUGHNESSY, LAURA TORRES, ANDRE VALDEZ, LANCE WINFIELD, RONALD WOLFE, MARYLOU AURRICHIO on behalf of themselves and all other similarly-situated individuals, | **NOTICE OF MOTION**<br><br>Case No. 22-cv-10336 (AT) (GWG)<br>[rel. 20-cv-3389] |

                                                  Plaintiffs,

    -against-

CITY OF NEW YORK on behalf of the Fire Department
of the City of New York,

                                                  Defendant.

-------------------------------------------------------------------
X

      **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law dated November 20, 2023, the Declaration in Support of Yetta G. Kurland, and the exhibits attached thereto, and upon all of the pleadings and proceedings heretofore had herein, Plaintiffs will move this court before U.S. District Judge Analisa Torres, United States District Judge, at the Daniel Patrick

Moynihan Courthouse, located at 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court for an Order, pursuant to FRCP §§ 23(a), 23(b) and 23(g), for an Order to (1) certify a Class and Subclasses pursuant to Federal Rules of Civil Procedure ("FRCP") 23(a) and 23(b); (2) appoint Class Counsel pursuant to FRCP 23(g); and (3) exclude the report and testimony of Dr. Michael Campion pursuant to Federal Rule of Evidence §702.

Dated:   November 20, 2023

                                          THE KURLAND GROUP

                                              ~//s//~
                                        Yetta G. Kurland
                                        *Attorneys for Plaintiffs*
                                        85 Broad Street, 28th Floor
                                        New York, New York 10004
                                        (212) 253-6911
                                        kurland@kurlandgroup.com

To:    Lora Minicucci
        Corporation Counsel of the City of New York
        *Attorneys for Defendant*
        100 Church Street
        New York, New York 10007
        lminicuc@law.nyc.gov