UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LOCAL 2507, UNIFORMED EMTs, PARAMEDICS & FIRE INSPECTORS, Individually and on behalf of its current and former members; LOCAL 3621, EMS OFFICERS UNION, Individually and on behalf of its current and former members; NYC EMS SUPERIOR OFFICERS ASSOCIATION, Individually and on behalf of its current and former members; TONYA BOYD, CHRISTELL CADET, MARK CARRASQUILLO, LIZETTE CLARO, BEVERLY COBB, ALI COUTARD, SENCIA DATILUS, LAITRICE EDWARDS, ALICIA ELKADI, RONALD FLOYD, KAHLIA GRAHAM, RICHARD GUZMAN, MAGGIE HOPE, JASMIN HOWARD, ANGELA JONES, RAVIVARMAN KAILAYANATHAN, MELANIE MORENO-KETCHUM, JENELLE PIERRE, SIMONE QUASHIE, JASON SAFFON, ALLISON SHAUGHNESSY, LAURA TORRES, ANDRE VALDEZ, LANCE WINFIELD, RONALD WOLFE, MARYLOU AURRICHIO on behalf of themselves and all other similarly-situated individuals,

                                   Plaintiffs,

          -against-

CITY OF NEW YORK on behalf of the Fire Department of the City of New York,

                                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DECLARATION OF YETTA G. KURLAND**

Case No. 22-cv-10336 (AT) (GWG)
[rel. 20-cv-3389]

**YETTA G. KURLAND**, an attorney duly admitted to practice before this Court, deposes and declares under penalty of perjury as follows:

1. I am Senior Partner at The Kurland Group, attorneys for Plaintiffs in the above-captioned action. I am familiar with the facts of this case and submit this Declaration in support of Plaintiffs' Motion pursuant to FRCP §§ 23(a), 23(b) and 23(g), for an Order to: (1) certify a Class and Subclasses pursuant to Federal Rules of Civil Procedure ("FRCP") 23(a) and 23(b); (2) appoint Class Counsel pursuant to FRCP 23(g); and (3) exclude the report and testimony of Dr. Michael Campion pursuant to Federal Rule of Evidence §702.

2. The Kurland Group is a boutique firm that specializes in civil rights, with a large focus on employment discrimination. Our firm regularly litigates employment discrimination matters, including but not limited to various class action litigation in the Southern District of New York.

3. Our firm represents employees both individually and collectively in employment-related matters for approximately two decades, including employment discrimination litigation, including but not limited to *Medina v. Jet Blue, et al*, 05-CV-6171 (S.D.N.Y), *Monroe, et al v. City of New York, et al*, 113822/2006 (N.Y. Sup.), *Moore v. Houlihan's Restaurant, Inc., et al*, 07-CV-3129 (E.D.N.Y), *Jaramillo v. Ossining Union Free School District, et al*, 10-CV-6070 (S.D.N.Y.), *Consoli v. First Data Corporation*, 11-CV-1185 (S.D.N.Y.), *Buchalter v. Astrazeneca Pharmaceuticals LP*, 17-CV-61639 (S.D.Fla.), *Local 1180, Communication Workers of America, AFL-CIO et al v. City of New York et al,* 17-CV-03048 (S.D.N.Y.), *Local 3621, EMS Officers Union, DC-37, AFSCME, AFL-CIO et al v. City of New York et al,* 18-CV-04476 (S.D.N.Y.), and *Torres v. City of New York*, 18-CV-03644 (S.D.N.Y.).

4. The Kurland Group also has experience litigating complex employment matters against the City of New York including class actions on behalf of municipal employees.

5. Brief backgrounds of the partners staffing this litigation from our firm are set forth below:

a. <u>Yetta G. Kurland</u>: In 2002, the undersigned, Yetta G. Kurland, founded a solo practice, which in 2004 became Kurland & Associates, P.C. In 2007, the firm became Kurland Bonica & Associates, P.C. and in 2011, it became the Kurland Group. As Senior Partner, the undersigned acts as lead attorney in many of the firm's cases and has litigated employment discrimination matters in New York as well as New Jersey and Florida. These cases primarily involve representing individuals and classes of individuals in employment and

civil rights litigation. The undersigned has served as co-chair of the New York County Lawyers Association Committee on LGBT Issues, Vice President of the New York City Chapter of the National Lawyers Guild and sat on the LGBTQ Rights Committee of the New York City Bar and has presented numerous continuing legal education seminars on issues such as employment law.

b. <u>Erica T. Healey-Kagan</u>: Healey-Kagan began working at Kurland, Bonica & Associates, one of the Kurland Group's predecessor firms, in 2009 after a post-graduate fellowship at the New York Civil Liberties Union. Healey-Kagan became Counsel at the Kurland Group in July 2015 and Junior Partner at the firm in January 2019. Healey-Kagan has litigated many cases in both federal and state court over the past 12 years, in which her practice has consisted in large part of representing individuals and classes of individuals in employment and civil rights cases, including serving as co-lead counsel in cases before the Second Circuit Court of Appeals and successfully arguing many times before the First and Second Department of the Appellate Division of New York. Healey-Kagan is also lead counsel in employment discrimination cases such as *O'Halloran v. Metropolitan Transportation Authority, et al*, 160953/2013 (N.Y. Sup.); *Williams v. City of New York, et al*, 19 Civ. 3657 (PGG); *Craigwell v. City of New York, et al,* 20 Civ. 8601 (GHW); *Montana v. City of Mount Vernon*, *et al*, Case No. 21-cv-260 (KMK); and *Simmons v. City of New York, et al*, 162152/2019 (N.Y. Sup.).

6. The Kurland Group has represented Plaintiffs in numerous matters prior to the instant representation including EEOC Charge Nos. 520-2020-01722—520-2020-01727 and FDNY Local 2507, DC-37, AFSCME, AFL-CIO, et al v. City of New York, 160063/2017 (N.Y. Supreme Court), and has represented individual EMS First Responders individual and collective employment matters since 2006.

7. The Kurland Group has been involved in all aspects of case prosecution and management in the instant action since its inception and is fully familiar with the facts and circumstances.

8. The Kurland Group has already undertaking interviewing clients and potential witnesses and investigating the claims; drafting and filing the Class Action Complaint; conducting discovery which has included over 30 depositions, extensive document discovery and substantial motion practice; reviewing and analyzing demographic data and expert reports in consultation with expert witnesses; and regularly communicating with Plaintiffs and putative class members.

9. The Kurland Group is committed to dedicating the necessary time and resources and working with the Plaintiffs for the benefit of the classes and is qualified, experienced and able to conduct this litigation.

10. Annexed hereto as **EXHIBIT 1** is Plaintiffs' Class Action Complaint dated December 6, 2022;

11. Annexed hereto as **EXHIBIT 2** is the Report of Dr. Ronald S. Landis, dated July 7, 2023;

12. Annexed hereto as **EXHIBIT 3** is the Deposition transcript of Lizette Christoff, dated June 1, 2023;

13. Annexed hereto as **EXHIBIT 4** is the Deposition transcript of Renee Campion, dated May 23, 2023;

14. Annexed hereto as **EXHIBIT 5** is the Deposition transcript of Robert Alexander, dated May 16, 2023;

15. Annexed hereto as **EXHIBIT 6** is the Declaration of Oren Barzilay, dated November 19, 2023;

16. Annexed hereto as **EXHIBIT 7** is the Declaration of Kathleen Knuth, dated November 17, 2023;

17. Annexed hereto as **EXHIBIT 8** is the Declaration of Vincent Variale, dated November 17, 2023;

18. Annexed hereto as **EXHIBIT 9** is the EEOC Determination dated December 22, 2021;

19. Annexed hereto as **EXHIBIT 10** is the Report of Dr. Brian J. Maguire, dated July 7, 2023;

20. Annexed hereto as **EXHIBIT 11** is the Report of Dr. Michael A. Campion, dated August 4, 2023;

21. Annexed hereto as **EXHIBIT 12** is the Rebuttal Report of Dr. Ronald S. Landis, dated November 2, 2023;

22. Annexed hereto as **EXHIBIT 13** is the Rebuttal Report of Dr. Brian J. Maguire, dated November 2, 2023;

23. Annexed hereto as **EXHIBIT 14** are the Declarations of the proposed Representative Plaintiffs;

24. Annexed hereto as **EXHIBIT 15** is the Deposition transcript of Chief Michael Fields, dated June 6, 2023 and June 26, 2023;

25. Annexed hereto as **EXHIBIT 16** is the Deposition transcript of Chief Cesar Escobar, dated June 5, 2023;

26. Annexed hereto as **EXHIBIT 17** is the Declaration of Michael Greco dated December 5, 2022;

27. Annexed hereto as **EXHIBIT 18** is the January 28, 2020 Transcript of City Council's Committee on Fire and Emergency Management;

28. Annexed hereto as **EXHIBIT 19** is City Council Resolution 1062-2019A;

29. Annexed hereto as **EXHIBIT 20** is the New York City Council's "Pay Equity in NYC" Report, dated August 2021;

30. Annexed hereto as **EXHIBIT 21** is the Deposition transcript of Chief John Esposito dated May 15, 2023 and August 24, 2023;

31. Annexed hereto as **EXHIBIT 22** is the FDNY Organizational Chart;

32. Annexed hereto as **EXHIBIT 23** is the FDNY Incident Command System;

33. Annexed hereto as **EXHIBIT 24** is the FDNY Medal Day 2020 Program;

34. Annexed hereto as **EXHIBIT 25** is photos at the scenes of various emergencies in New York City, including structural fires, where EMS First Responders (beige coats and/or blue shirts) and working alongside Fire First Responders (black coats);

35. Annexed hereto as **EXHIBIT 26** is Local Law 19 of 2001;

36. Annexed hereto as **EXHIBIT 27** are Notices of Examination for EMS First Responders to transfer to Firefighter;

37. Annexed hereto as **EXHIBIT 28** are Spreadsheets (with names redacted) of EMS First Responders who transferred to Firefighter;

38. Annexed hereto as **EXHIBIT 29** is the Declaration of Anthony Sanchez, dated December 3, 2022;

39. Annexed hereto as **EXHIBIT 30** is the Deposition transcript of Dr. Michael A. Campion, dated August 17, 2023 and August 29, 2023;

40. Annexed hereto as **EXHIBIT 31** is the Deposition transcript of Phoebe Fong, dated September 29, 2023;

41. Annexed hereto as **EXHIBIT 32** is the Report of Michael A. Campion dated March 29, 2012 filed in Ernst, et al. v. City of Chicago, Civil File No. 09-CV-04370;

42. Annexed hereto as **EXHIBIT 33** are the Declarations of Named Plaintiffs;

43. Annexed hereto as **EXHIBIT 34** are the EEPC Determinations from 2015 and 2020;

44. For the reasons set forth herein and in the accompanying Memorandum of Law, Plaintiffs respectfully request that the Court issue an Order pursuant to FRCP §§ 23(a), 23(b) and 23(g) to (1) certify a Class and Subclasses pursuant to Federal Rules of Civil Procedure ("FRCP") 23(a) and 23(b); (2) appoint Class Counsel pursuant to FRCP 23(g); and (3) exclude the report and testimony of Dr. Michael Campion pursuant to Federal Rule of Evidence §702.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in New York, NY on November 20, 2023.

~//s//~
Yetta G. Kurland
THE KURLAND GROUP
*Attorneys for Plaintiffs*
85 Broad Street, 28th Floor
New York, N.Y. 10004
T: (212) 253-6911