UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
LOCAL 2507, UNIFORMED EMTS,
PARAMEDICS & FIRE INSPECTORS et al.,                          :

        Plaintiffs,                                 :       <u>ORDER</u>

   -v.-                                                       :
                                                                      22 Civ. 10336 (AT) (GWG)
                                                              :
CITY OF NEW YORK
                                                              :
        Defendant.
-------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     A conference to discuss the discovery dispute raised in Docket # 121 will take place on December 11, 2023 at 3:30 p.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York.  While the Court had originally stated in Docket # 117 that it would decide the disputes without a conference, the Court does not believe that Docket # 121 contains a full response as to all arguments made by the parties.

     This is the only matter scheduled for this date and time.  Please be sure to arrive sufficiently in advance so that the conference may begin on time.

     Each attorney is directed to ensure that all other attorneys are aware of the conference date and time.  In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

     SO ORDERED.

Dated: December 6, 2023
       New York, New York

                                                       _____
                                                       GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge