```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 2507, UNIFORMED EMTs, PARAMEDICS & FIRE INSPECTORS, Individually and on behalf of its current and former members; LOCAL 3621, EMS OFFICERS UNION, Individually and on behalf of its current and former members; NYC EMS SUPERIOR OFFICERS ASSOCIATION, Individually and on behalf of its current and former members; TONYA BOYD, CHRISTELL CADET, MARK CARRASQUILLO, LIZETTE CLARO, BEVERLY COBB, ALI COUTARD, SENCIA DATILUS, LAITRICE EDWARDS, ALICIA ELKADI, RONALD FLOYD, KAHLIA GRAHAM, RICHARD GUZMAN, MAGGIE HOPE, JASMIN HOWARD, ANGELA JONES, RAVIVARMAN KAILAYANATHAN, MELANIE MORENOKETCHUM, JENELLE PIERRE, SIMONE QUASHIE, JASON SAFFON, ALLISON SHAUGHNESSY, LAURA TORRES, ANDRE VALDEZ, LANCE WINFIELD, RONALD WOLFE, MARYLOU AURRICHIO on behalf of themselves and all other similarly-situated individuals,

Plaintiffs,

-against-

CITY OF NEW YORK on behalf of the Fire Department of the City of New York,

Defendant.

22 Civ. 10336 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 8, 2024, Plaintiffs filed a letter objecting to Defendant's memorandum of law filed on April 5, 2024, ECF No. 153, "to the extent it is not a reply to Defendant's FRE 702 motion, but a sur-reply to Plaintiffs' motion for class certification, and to the extent it introduces arguments not raised in its initial FRE 702 motion." ECF No. 154. Defendant has yet to respond. Accordingly, by **April 24, 2024**, Defendant shall file a response to Plaintiffs' letter.

SO ORDERED.

Dated: April 17, 2024
       New York, New York

ANALISA TORRES
United States District Judge