UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOCAL 2507, UNIFORMED EMTS,
PARAMEDICS & FIRE INSPECTORS et al.,          :

                                        :          ORDER
                    Plaintiffs,          22 Civ. 10336 (AT) (GWG)

                                          :

   -v.-

                                          :
CITY OF NEW YORK

                                          :

                    Defendant.          :
------------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      A telephone conference in this matter is scheduled for Thursday, October 24, 2024, at 11:00 a.m.  All parties should be prepared to report to the Court on the status of the case, including their compliance with any scheduling orders or other court directives currently in effect.

      At the above date and time, counsel are directed to place a call to the Court at 646-453-4442 and use access code: 860 535 203# with all counsel on the line.   All counsel who intend to speak during the call must use a landline or phone with equivalent quality.  Also, when addressing the Court, counsel must <u>not</u> use a speakerphone.

      Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time.  The parties should follow paragraph 1.F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein) for any request for an adjournment.

      SO ORDERED.

Dated: October 21, 2024
      New York, New York

                                   _____
                                   GABRIEL W. GORENSTEIN
                                   United States Magistrate Judge