USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/19/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 2507, UNIFORMED EMTs, PARAMEDICS & FIRE INSPECTORS, Individually and on behalf of its current and former members; LOCAL 3621, EMS OFFICERS UNION, Individually and on behalf of its current and former members; NYC EMS SUPERIOR OFFICERS ASSOCIATION, Individually and on behalf of its current and former members; TONYA BOYD, CHRISTELL CADET, MARK CARRASQUILLO, LIZETTE CLARO, BEVERLY COBB, ALI COUTARD, SENCIA DATILUS, LAITRICE EDWARDS, ALICIA ELKADI, RONALD FLOYD, KAHLIA GRAHAM, RICHARD GUZMAN, MAGGIE HOPE, JASMIN HOWARD, ANGELA JONES, RAVIVARMAN KAILAYANATHAN, MELANIE MORENO-KETCHUM, JENELLE PIERRE, SIMONE QUASHIE, JASON SAFFON, ALLISON SHAUGHNESSY, LAURA TORRES, ANDRE VALDEZ, LANCE WINFIELD, RONALD WOLFE, MARYLOU AURRICHIO on behalf of themselves and all other similarly-situated individuals,

Plaintiffs,

-against-

CITY OF NEW YORK on behalf of the Fire Department of the City of New York,

Defendant.

22 Civ. 10336 (AT) (GWG)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the parties' letters dated October 28, November 16, and November 19, 2024. ECF Nos. 182, 188–89. Plaintiffs' request for leave to file the reply at ECF No. 89 is GRANTED. Plaintiffs' request for leave to move for partial summary judgment is DENIED without prejudice. Any party wishing to move for summary judgment shall file its pre-motion letter and the opposing party's response to its Rule 56.1 Statement within 14 days after the close of discovery. The date on which discovery closes will be determined by Judge Gorenstein. *See* ECF Nos. 35, 183.

    SO ORDERED.

Dated: November 19, 2024
       New York, New York

ANALISA TORRES
United States District Judge