MEMORANDUM ENDORSED

January 10, 2025

**VIA ECF**
The Honorable Gabriel W. Gorenstein, U.S.M.J.
United States District Court Southern District of New York
40 Foley Square, Room 519
New York, New York 10007

Re:     **Local 2507, et al v. City of New York, 22-cv-10336 (AT)(GWG) [rel. 20-cv-3389]**

Dear Your Honor:

Parties write jointly to request a one (1) week adjournment to submit a proposed Civil Case Management Plan and Scheduling Order ("CMP") pursuant to Your Honor's October 30, 2025 order in the above referenced matter. [ECF No. 183].

The CMP is currently due today January 10, 2025. Parties respectfully ask that the deadline be extended to January 17, 2025.

The purpose for this request is so that parties can attempt to resolve disputes with regards to the details of the CMP so that they can avoid having to submit counter-proposals. The parties met and conferred regarding the CMP and agreed to continue their meet and confer efforts next week on Wednesday, January 15, at 9:15am.

Parties had initially proposed submitting a CMP within 21 days of the Court's ruling on class certification. [ECF No. 26]. On October 30, 2025 Your Honor directed parties to submit a proposed CMP by January 10, 2025. [ECF No. 183]. This is the first request for an extension of that deadline.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

_____//s//_____
Yetta G. Kurland
The Kurland Group
Attorneys for Plaintiffs

_____//s//_____
Rachel S. Philion
Proskauer Rose LLP
Attorneys for Defendant

Extension to January 17, 2025, granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 13, 2025