February 18, 2025                  MEMORANDUM ENDORSED

**VIA ECF**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 519
New York, New York 10007

   Re: **_Local 2507, et al v. City of New York_, 22 Civ. 10336 (AT) (GWG)**

Your Honor:

  Pursuant to the Court's January 22, 2025 Order (Dkt. 203), the parties respectfully submit a proposed plan for notice to the certified class, including their agreement on the contents of the proposed notice, the timing of the transmission of notice, and other details concerning the plan.

- The parties have agreed on the contents of the proposed Notice of Pending Class Action Lawsuit (the "Notice"), attached as **Exhibit A**.

- The parties have agreed to include a Request for Exclusion Form with the Notice, attached as **Exhibit B**.

- Plaintiffs have engaged Rust Consulting to serve as the notice administrator (the "Notice Administrator").

- The Notice Administrator shall send the Notice via United States first class mail to class members within 21 days of the Court's approval of the Notice and plan.

- The notice and opt-out period for class members shall be 60 days from the date of mailing of the Notice.

- The Notice Administrator shall maintain a website, which shall include case information, court documents, and the Request for Exclusion form.

- Class members shall be able to opt out via mail or email, and can download the Request for Exclusion Form on the website maintained by the Notice Administrator.

- The Notice Administrator shall send a reminder notice to class members by email[1] 30 days prior to the close of the notice and opt-out period.

---

[1] Defendant the City of New York (the "City") provided Plaintiffs with the class list on February 11, 2025, in accordance with the Court's January 22, 2025 Order. The City is currently searching for approximately 15 home addresses that were not reflected in its records, as well as personal email addresses for approximately 50% of the class, and will provide Plaintiffs with the information promptly to the extent it is located in time to comply with the

Accordingly, the parties respectfully request that the Court so-order the proposed Notice, Request for Exclusion form, and the plan for the timing and distribution of notice as set forth herein. The parties thank the Court for its attention to this matter.

Respectfully submitted,

\_\_\_\_\_~//s//~\_\_\_\_\_
Yetta G. Kurland
The Kurland Group
*Attorneys for Plaintiffs*

\_\_\_\_\_~//s//~\_\_\_\_\_
Lora Minicucci
New York City Law Department
*Attorneys for Defendant*

The proposed notice, including the proposed deadlines above, are hereby approved.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 20, 2025

---

dates outlined herein. The parties have agreed that if the City is unable to locate the remaining personal email addresses within 30 days prior to the reminder notice being sent to class members, the City will provide professional email addresses instead.

2