# EXHIBIT A

**Provided via Electronic Mail Under Separate Cover**