# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
LOCAL 2507, UNIFORMED EMTs,
PARAMEDICS & FIRE INSPECTORS,
Individually and on behalf of
its current and former members;
LOCAL 3621, EMS OFFICERS UNION,
Individually and on behalf of its
current and former members; NYC
EMS SUPERIOR OFFICERS ASSOCIATION,
Individually and on behalf of its
current and former members; TONYA      Case No.
BOYD, CHRISTELL CADET, MARK            22-cv-10336
CARRASQUILLO, LIZETTE CLARO,           (AT)(GWG)
BEVERLY COBB, ALI COUTARD, SENCIA      [rel. 20-cv-
DATILUS, LAITRICE EDWARDS, ALICIA       3389]
ELKADI, RONALD FLOYD, KAHLIA
GRAHAM, RICHARD GUZMAN, MAGGIE
HOPE, JASMIN HOWARD, ANGELA JONES,
RAVIVARMAN KAILAYANATHAN, MELANIE
MORENO-KETCHUM, JENELLE PIERRE,
SIMONE QUASHIE, JASON SAFFON,
ALLISON SHAUGHNESSY, LAURA TORRES,
ANDRE VALDEZ, LANCE WINFIELD,
RONALD WOLFE, MARYLOU AURRICHIO on
behalf of themselves and all other
similarly-situated individuals,
                    Plaintiffs,

          -against-

CITY OF NEW YORK on behalf of the
Fire Department of the City of New
York,
                    Defendant.
--------------------------------------x

             May 24, 2023

      Deposition of HAROLD WAGNER

Reported by: Lisa Hiesiger

SY007275

Page 2

                                May 24, 2023
                                10:05 a.m.

6        Deposition of HAROLD WAGNER, taken by
7   Plaintiffs, pursuant to Notice, held via Zoom
8   before Lisa Hiesiger, a Shorthand Reporter and
9   Notary Public within and for the State of New
10  York.

```
 1
 2    A P P E A R A N C E S :
 3
 4       THE KURLAND GROUP
         Attorneys for Plaintiffs
 5          85 Broad Street, 28th Floor
            New York, New York 10004
 6
         By:   YETTA KURLAND, ESQ.
 7              Kurland@kurlandgroup.com
 8
         NEW YORK CITY LAW DEPARTMENT
 9       Attorneys for Defendant
            100 Church Street
10          New York, New York 10007

11       By:   LORA MINICUCCI, ESQ.
                ANGELA WANSLOW, ESQ.
12              Lminicuc@law.nyc.gov

13
         JENNA CALDARELLA, ESQ.
14       FDNY
            9 MetroTech Center
15          Brooklyn, New York 11201

16              ~oOo~

17
18
19
20
21
22
23
24
25
```

```
 1                      Wagner
 2    but the computer can only crunch based on the
 3    efforts that people put forth to create all of
 4    that coding.  That project could have been going
 5    on for three to six months.
 6          Q.    And I'm saying three to six months to
 7    draft code to pull the FTOC reports?
 8          A.    Depending upon how complicated are
 9    the data containers.  I don't know if they had to
10    create new data containers.  There might be new
11    data in there that didn't exist before.  So
12    therefore, we had to open up new servers and open
13    up new data containers.
14                Because I remember when that report
15    first came out, and I don't remember prior to
16    that ever tracking the MOS ILL for like the
17    voluntary hospitals, and things like that.
18                So it appeared to me that we're
19    always improving a lot of our KPIs, and it
20    wouldn't be uncommon, it went through a stage of
21    development, R&D, and then it went through a
22    stage of let's test it in a testing environment
23    until it eventually is delivered to the client.
24    And then the client has to look at it and make
25    sure that there's no more changes and then the
```

```
 1                     Wagner
 2   client has to sign off on it.  So it's quite
 3   possible that it could have taken three to six
 4   months.
 5          Q.   How often is the Mayor's report
 6   produced?
 7               MS. WANSLOW:  Objection.  Outside the
 8        scope.
 9          Q.   You can answer.
10          A.   Thank you.  It is a fiscal year
11   report that we update monthly.
12          Q.   So you provide a report to the mayor
13   monthly, does that report include the statistics
14   that we've talked about?
15               MS. WANSLOW:  Objection.  Outside the
16        scope.
17          A.   It has many KPIs, some of which there
18   may be some overlap.  And there are definitely
19   KPIs that we did not discuss or that are not in
20   this dataset that I'm looking at at the moment.
21          Q.   Can you give me some examples?
22          A.   A quick example would be the number
23   of apparatus collisions, how many times they've
24   been involved in an MVA.  It could be -- I want
25   to make sure I'm going to repeat this
```

```
 1                        Wagner
 2    correctly -- if it is Rusk return of spontaneous
 3    circulation, basically someone who is in cardiac
 4    arrest and had no pulse, however, after CPR and
 5    treatment they had the return of spontaneous
 6    circulation.  So the patient was basically
 7    revived, and that number is reported in the
 8    Mayor's management report.
 9          Q.    Is there a Mayor's report for Fire
10    and a Mayor's report for EMS or is there one that
11    combines both?
12                MS. WANSLOW:  Objection, outside the
13          scope.
14                You can answer.
15          A.    It is an agency report and it has
16    Fire, EMS and it also has, I believe, Fire
17    protection KPIs included as well.
18          Q.    We'd ask then if you make a search --
19    do you maintain those records in the normal
20    course of your business?
21                MS. WANSLOW:  Objection.
22          A.    If Harold Wagner maintains them or
23    the department?
24          Q.    The department.
25          A.    The department, yes.
```

1                    Wagner
2          (###req)  MS. KURLAND:  I ask then if
3      you can produce them from 2016 to the
4      present, those monthly reports.
5          I think we're out of time because I
6      think Ms. Wanslow has to end at 5, and
7      there are a number of items that were both
8      the scope of the topic for discussion that
9      Mr. Wagner was not able to testify to,
10     because he's only able to testify to EMS
11     CAD and not Fire CAD and there's also an
12     issue with the fact that he has not ever
13     looked at the data that's been produced by
14     the City nor is he familiar with using the
15     information on the online portal on the
16     open data website.
17         So we're going to mark this as a
18     continuance, but in reality I think what
19     it is is that we're going to need to get
20     counsel to produce is a different 30(b)(6)
21     witness with the requisite information, or
22     make sure that Mr. Wagner has that
23     information and reproduce him.
24         I also just want to know that we had
25     expected that Mr. Wagner would have