UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
LOCAL 2507, UNIFORMED EMTS,  :
PARAMEDICS & FIRE INSPECTORS, et al.,
                                                           :
            Plaintiffs,           <u>ORDER</u>
                                                           :
     -v.-
                                                           :   22 Civ. 10336 (AT) (GWG)

CITY OF NEW YORK,                         :

            Defendant.           :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      With regard to the application for an extension contained in Docket # 233, it is obvious that an extension is necessary. Even plaintiffs concede that a two-month extension is warranted. Whether additional time will be required is dependent on the resolution of the parties' disputes regarding ESI production and depositions of the plaintiffs. Those disputes have not been resolved between the parties, however, and Docket # 233 does not properly present any discovery disputes.

      Accordingly, the discovery deadlines are extended for the moment <u>sine die</u> (and certainly for at least two months). The parties shall present for resolution the discovery disputes that affect the discovery deadlines as soon as possible if they are not already presented in Docket # 228. After the Court resolves those disputes, the parties should confer regarding a proposed discovery schedule and present either a joint schedule or competing proposals.

      SO ORDERED.

Dated: July 8, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge