# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

LOCAL 2507, UNIFORMED EMTs, PARAMEDICS & FIRE INSPECTORS, Individually and on behalf of its current and former members; LOCAL 3621, EMS OFFICERS UNION, Individually and on behalf of its current and former members; NYC EMS SUPERIOR OFFICERS ASSOCIATION, Individually and on behalf of its current and former members; TONYA BOYD, CHRISTELL CADET, MARK CARRASQUILLO, LIZETTE CLARO, BEVERLY COBB, ALI COUTARD, SENCIA DATILUS, LAITRICE EDWARDS, ALICIA ELKADI, RONALD FLOYD, KAHLIA GRAHAM, RICHARD GUZMAN, MAGGIE HOPE, JASMIN HOWARD, ANGELA JONES, RAVIVARMAN KAILAYANATHAN, MELANIE MORENO-KETCHUM, JENELLE PIERRE, SIMONE QUASHIE, JASON SAFFON, ALLISON SHAUGHNESSY, LAURA TORRES, ANDRE VALDEZ, LANCE WINFIELD, RONALD WOLFE, MARYLOU AURRICHIO on behalf of themselves and all other similarly-situated individuals,

**AMENDED NOTICE OF DEPOSITION**

Case No. 22-cv-10336 (AT) (GWG)
[rel. 20-cv-3389]

                                                Plaintiff,

        –against–

CITY OF NEW YORK on behalf of the Fire Department of the City of New York,

                                                Defendant.
------------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant, by its attorney, Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, will take the deposition of Plaintiff Lance Winfield for class certification purposes, via remote video conference, beginning at a mutually agreeable time and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded. The testimony will be recorded by stenographic means via remote video conference.

Date: New York, New York
June 5, 2023

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 2-117
New York, New York 10007
(212) 356-2078

By: _____/s/_____
Lora Minicucci
Assistant Corporation Counsel

TO: **YETTA G. KURLAND, ESQ.**
The Kurland Group
*Attorney for Plaintiffs*
85 Broad Street, 28th Floor
New York, New York 10004

2

Civil Action No: 22-cv-10336 (AT) (GWG)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 2507,

                              Plaintiff,

–against–

CITY OF NEW YORK, on behalf of the Fire Department of the City of New York,

                              Defendants.

## AMENDED NOTICE OF DEPOSITION

**SYLVIA O. HINDS-RADIX**
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 2-117*
*New York, New York 10007-2601*
*Of Counsel: Lora Minicucci*

*Telephone: (212) 356-2078*
*Matter No. 2022-073283*

*Due and timely service is hereby admitted.*

*Dated: New York, N.Y.............................................2021*

*Signed..........................................................................*

*Attorney for ..................................................................*