

| | |
|---|---|
| ERIC L. ADAMS<br>Mayor | DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES<br>BUREAU OF EXAMINATIONS |
| DAWN M. PINNOCK<br>Commissioner | **NOTICE OF EXAMINATION** |

**PROMOTION TO FIREFIGHTER**
Exam No. 4528
AMENDED NOTICE - November 15, 2023

**WHEN TO APPLY:**  From: November 1, 2023

To:  November 21, 2023

**APPLICATION FEE: $68.00**

If you choose to pay the application fee with a credit/debit/gift card, you will be charged a service fee of 2.00% of the payment amount. This service fee is nonrefundable.

**THE TEST DATE:** Multiple-choice testing is expected to begin on **Monday, May 13, 2024**.

The Notice of Examination is amended to update the Exceptions to the Age Requirement section, extending the exception to the age requirement for military veterans to seven years.

YOU ARE RESPONSIBLE FOR READING THIS ENTIRE NOTICE
BEFORE YOU SUBMIT YOUR APPLICATION.

**WHAT THE JOB INVOLVES:**

Under supervision, Firefighters assist in the control and extinguishment of fires, in providing pre-hospital emergency medical care, and in the enforcement of laws, ordinances, rules and regulations regarding the prevention, control and extinguishment of fires, as well as perform Fire Safety Education activities; perform inspections and related enforcement duties to assure compliance with provisions of the Fire Prevention Code and applicable sections of the Building Code, Multiple Dwelling Code, Housing Maintenance Code, Labor Law and other laws, rules and regulations, within enforcement purviews of the New York City Fire Department; perform inspections of equipment and schedule as necessary the maintenance of various tools and equipment, including but not limited to power tools, company apparatus, Self-Contained Breathing Apparatus (S.C.B.A.) and other personal safety equipment; and perform related work.

Some of the physical activities performed by Firefighters and environmental conditions experienced are: wearing protective clothing, such as bunker suit, helmet, boots and breathing apparatus; crawling, crouching and standing, often for prolonged periods, while extinguishing fires; driving fire apparatus and other Department vehicles; climbing stairs, ladders and fire escapes; raising portable ladders; using forcible entry tools, such as axes, sledge hammers, power saws and hydraulic tools; searching for victims in smoke-filled environments; carrying or dragging victims from dangerous locations; connecting, stretching and operating hose lines; locating hidden fire by feel and smell; providing medical assistance to injured or ill citizens; and providing control and mitigation of hazardous materials incidents while wearing chemical protective clothing.

(This is a brief description of what you might do in this position and does not include all the duties of this position.)

**THE SALARY:**

The current minimum salary is $47,394 per annum. Incumbents will receive salary increments reaching $92,073 per annum at the completion of five years of employment. All rates are subject to change. In addition, employees receive holiday, night shift and overtime pay.

**ELIGIBILITY TO TAKE EXAMINATION:**

This examination is open to each employee of the New York City Fire Department who **on the first date of the multiple-choice test:**

1. is employed in the non-competitive title of Fire Cadet; or
2. holds a permanent (not provisional) competitive appointment or appears on a Preferred List (see Note, below) for the title of Emergency Medical Specialist - EMT, Emergency Medical Specialist- Paramedic, Supervising Emergency Medical Service Specialist, Fire Protection Inspector, Associate Fire Protection Inspector, Fire Alarm Dispatcher, or Supervising Fire Alarm Dispatcher; **and**
3. is not otherwise ineligible.

(Note: A "Preferred List" is a civil service list which is only for certain former permanent employees of the eligible title who have rehiring rights.)

The admission of employees in the titles of Emergency Medical Specialist - EMT, Emergency Medical Specialist - Paramedic, Supervising Emergency Medical Service Specialist, Fire Protection Inspector, Associate Fire Protection Inspector, Fire Alarm Dispatcher, and Supervising Fire Alarm Dispatcher is on a collateral basis and applies to this examination only. It is not considered precedent for future examinations.

This examination is also open to employees who were appointed to an eligible title pursuant to New York State Civil Service Law, section 55-a, and who meet all other eligibility requirements.

If you do not know if you are eligible, check with **your agency's personnel office**. You may be given the test before we verify your eligibility. You are responsible for determining whether or not you meet the eligibility requirements for

**READ CAREFULLY AND SAVE FOR FUTURE REFERENCE**

this examination prior to submitting your application. If it is determined prior to the test date that you are not eligible to participate in this examination, you will not receive an Admission Notice to take the multiple-choice test, you will not be permitted into the test site, and your application fee will not be refunded. If it is determined after the test date that you are not eligible to participate in this examination, your application fee will not be refunded and you will not receive a score.

**Age Requirement:**

You must be at least 17½ years of age by the end of the application period and, except as noted below, you must not have reached your 29th birthday by the beginning of the application period to be eligible to take this examination. However, you must have reached your 21st birthday to be eligible for promotion to Firefighter.

**Exceptions to the Age Requirement:** All persons who were engaged in military duty as defined in Section 243 of the New York State Military Law may deduct from their actual age the length of time spent in such military duty up to a maximum deduction of seven years, or had not passed their 29th birthday on or before December 31, 2019; and would have otherwise been eligible to file an application for a promotion exam as a member of the emergency medical services bureau of the Fire Department of New York.

**ELIGIBILITY TO BE PROMOTED:**

In order to be eligible for promotion, you must have completed your probationary period in the competitive eligible title as indicated in the above "Eligibility To Take Examination" section, and you must be permanently employed in the eligible title or your name must appear on a Preferred List for the eligible title at the time of promotion. Additionally, you must have served permanently in the eligible title for at least four years, unless your probationary period in that eligible title has been waived pursuant to Rule 5.2.4 of the Personnel Rules and Regulations of the City of New York. Time served prior to a break in service of more than one year will not be credited toward meeting this requirement.

From the non-competitive title of Fire Cadet: At the time of promotion, you must be employed in the title of Fire Cadet and you must have satisfactorily completed the Fire Cadet Program.

Additionally, you must, at the time of consideration for promotion, meet all the qualification requirements for your competitive eligible title (Emergency Medical Specialist–EMT, Emergency Medical Specialist–Paramedic, Supervising Emergency Medical Service Specialist, Fire Protection Inspector, Associate Fire Protection Inspector, Fire Alarm Dispatcher, or Supervising Fire Alarm Dispatcher) including, but not limited to, possession of all required certifications for that competitive eligible title. After promotion, you will be required to possess, as a minimum, a Certified First Responder Certification with Defibrillation (CFR-D), which must be maintained for the duration of employment.

**REQUIREMENT(S) TO BE PROMOTED:**

**Minimum Age Requirement:** You must have reached your twenty-first birthday in order to be promoted.

**Certified First Responder Certification with Defibrillation (CFR-D) Requirement:** You must have as a minimum Certified First Responder Certification with Defibrillation (CFR-D) at the time of promotion. This certification must be maintained for the duration of employment.

**Driver License Requirement:** At the time of promotion, you must have a motor vehicle driver license valid in the State of New York. If you have moving violations, license suspension (s) or an accident record, you may be disqualified. This license must be maintained for the duration of your employment.

**Medical and Psychological Requirements:** Medical and psychological guidelines have been established for the position of Firefighter. Candidates will be examined to determine whether they can perform the essential functions of the position of Firefighter. Additionally, since employees are expected to continue to perform the essential functions of the position of Firefighter throughout their careers, you may be medically tested periodically throughout your career. Where appropriate, a reasonable accommodation will be provided for a person with a disability to enable him or her to take the medical examination, and/or to perform the essential functions of the job.

**Drug Screening Requirement:** You must pass a drug screening in order to be promoted. Drug tests will also be administered to all probationary Firefighters as part of the medical examination prior to the completion of probation. Additionally, Firefighters will be subject to periodic random drug testing throughout their careers.

**Character and Background:** Proof of good character and satisfactory background will be an absolute prerequisite to promotion. In accordance with provisions of law, persons convicted of a felony who do not possess a Certificate of Good Conduct issued by the NYS Department of Corrections and Community Supervision before the date of promotion or who have received a dishonorable discharge from the Armed Forces are not eligible for promotion to this position.

**Residency Requirement:** The New York State Public Officers Law requires that any person employed as a Firefighter in the Fire Department of New York be a resident of the City of New York or of Nassau, Westchester, Suffolk, Orange, Rockland or Putnam Counties.

**Citizenship Requirement:** United States citizenship is required at the time of promotion.

**HOW TO APPLY:**

If you believe you are eligible to take this examination, apply using the Online Application System (OASys) at *www.nyc.gov/examsforjobs*. Follow the onscreen application instructions for electronically submitting your application, payment, and completing any required information. A unique and valid email address is required to apply online. Several internet service providers, including but not limited to Google, Yahoo!, AOL, Outlook.com, and Mail.com offer free email addresses. **All new OASys accounts require verification before a candidate can apply to ensure the accuracy of candidate information. Verification is instantaneous for most accounts and you will receive a confirmation email with instructions to activate your account. For any account creation issues, you will receive onscreen prompts to contact DCAS. This review may require up to two (2) business days to be reviewed and resolved. Please keep this information and the application period deadline in mind when creating your account.**

The following methods of payment are acceptable: major credit card, bank card associated with a bank account, or a prepaid debit card with a credit card logo which you may purchase online or at various retail outlets. If you are receiving or participating in certain forms of public assistance/benefits/programs, or are a veteran, you may qualify to have the application fee waived. For more information on eligibility for a fee waiver and documentation requirements visit the Fee Waiver FAQ on the Online Application System at: *https://a856-exams.nyc.gov/OASysWeb/faqs*. **Effective January 2020, the Online Application System is no longer supported on Windows 7 or earlier versions of Windows operating systems.**

You may come to the DCAS Computer-based Testing & Application Centers to apply for this examination online. However, you must schedule a customer service appointment prior to your visit. Due to the COVID-19 pandemic,

DCAS no longer permits walk-ins at DCAS sites.

The centers will be open Monday through Friday from 9:00 AM to 5:00 PM:

| **Manhattan** | **Brooklyn** | **Queens** |
|---|---|---|
| 2 Lafayette Street | 210 Joralemon Street | 118-35 Queens Boulevard |
| 17th Floor | 4th Floor | 5th Floor |
| New York, NY 10007 | Brooklyn, NY 11201 | Forest Hills, NY 11375 |

| **Staten Island** | **Bronx** |
|---|---|
| 135 Canal Street | 1932 Arthur Avenue |
| 3rd Floor | 2nd Floor |
| Staten Island, NY 10304 | Bronx, NY 10457 |

**The DCAS Computer-based Testing & Application Centers will be closed on Tuesday, November 7, 2023, and Friday, November 10, 2023.**

To schedule a customer service appointment through OASys for an exam-related or eligible list-related inquiry, find **Exam #1889**, click **Apply**, and follow the instructions provided to reserve your appointment location, date, and time.

You must complete the entire application by midnight, Eastern Time, of the last day of the application period. If you have questions about applying for this examination, you may contact DCAS at *OASys@dcas.nyc.gov*.

**Special Circumstances Guide:** This guide is located on the DCAS website at *https://www.nyc.gov/assets/dcas/downloads/pdf/employment/pdf_c_special_circumstances_guide.pdf* and available at the DCAS Computer-based Testing & Application Centers. This guide gives important information about requesting an alternate test date because of religious observance or a special test accommodation for disability, claiming Veterans' or Legacy credit, and notifying DCAS of a change in your mailing address. Follow all instructions on the Special Circumstances Guide that pertain to you when you complete your "Application for Examination."

**REQUIRED INFORMATION:**

**Application for Examination:** Follow the online instructions, including those relating to the payment of fee and, if applicable, those found in the Special Circumstances Guide.

**THE TEST:**

The test will include a competitive computer-based test (CBT) and a qualifying physical ability test. You must achieve passing scores on the CBT and the physical ability test in order to be eligible for further consideration in the selection process.

**The Computer-Based Test:**

The CBT is designed to assess important abilities and aptitudes that are required to successfully learn and perform the work of a Firefighter. The test will evaluate basic abilities, such as Reading, Listening, Problem Solving, Basic Arithmetic and related areas. It also will assess the way candidates approach work, interact with others, and concentrate on details.

Before you take the CBT, you will have the opportunity to view a computer-based tutorial so that you are familiar with computer-based testing and the various question types. You are encouraged to view the tutorial. The link to the tutorial will be available at a later date.

**The Physical Ability Test:**

Candidates who pass the computer-based test will be scheduled to take the physical ability test prior to admission to the Fire Academy as vacancies occur. The physical ability test used will be the Candidate Physical Ability Test (CPAT), which is scored on a pass/fail basis. This test consists of a series of 8 events designed to assess the ability to perform the physical aspects of the job of a Firefighter. The test events are: stair climb, hose drag, equipment carry, ladder raise and extension, forcible entry, search, rescue, and ceiling breach and pull. A more detailed description of the physical ability test will be distributed to candidates before they are scheduled for the physical ability test, and candidates will be invited to learn more about the CPAT.

**You will be required to pay an additional fee of $25.00 prior to taking the physical ability test.** Failure to pay the additional fee on the date you are scheduled to take the physical ability test will result in disqualification from further participation in the examination. Medical evidence to allow participation in the physical ability test may be required and the Department of Citywide Administrative Services reserves the right to exclude from the physical ability test any candidates who are medically unfit.

**EXAM SITE ADMISSION:**

Your Admission Notice will be available on your Dashboard in OASys 14 days before the first date on which testing is expected to begin. You can print or display your Admission Notice on your phone or personal device to gain entry to the test site. Test site assignments will take your address into consideration, but nearness to your address cannot be guaranteed.

**Warning**: After gaining entry to the test site, you are not permitted to enter the testing area with electronic devices. Electronic devices include, but are not limited to, cellular phones, smart watches, recording devices, beepers, pagers, cameras, or portable media players. You are not permitted to use any type of headphones or ear buds. Calculators and electronic devices with an alphabetic keyboard or with word processing or data recording abilities such as planners, organizers, etc. are not permitted. If you use any of these devices anywhere at any test site, whether in the testing area, restroom, hallway, or other location, at any time before, during or after the test or Protest Review Session, your test score will be nullified, you will be disqualified from taking any civil service tests for up to five years, and your application fee will not be refunded.

You are also not permitted to use on site any medical assistive devices, including those that give notifications or alerts, or that vibrate without the prior express written authorization of DCAS. You can contact DCAS by email at: *testingaccommodations@dcas.nyc.gov*

You may not have any other person, including children, present with you while you are being processed for or taking the test, and no one may wait for you inside of a Computer-based Testing & Application Center while you are taking the test.

**Required Identification**: **You are required to bring one (1) form of valid (non-expired) signature and photo bearing identification to the test site.** The name that was used to apply for the exam must match the first and last name on the photo ID. A list of acceptable identification documents is provided below. **If you do not have an acceptable ID, you may be denied testing.** Acceptable forms of identification (bring one) are as follows: State issued driver's license, City or State issued identification card, IDNYC, US Government issued Passport, US Government issued Military Identification Card, US Government issued Alien Registration Card, Employer ID with photo, or Student ID with photo.

**Leaving**: You must leave the test site once you finish the test. If you leave the test site after being fingerprinted but before finishing the test, you will not be permitted to re-enter. If you disregard this instruction and re-enter the test site, you may not receive your test results, your test score may be nullified, and your application fee will not be refunded.

## CHANGE OF MAILING ADDRESS, EMAIL ADDRESS, AND/OR TELEPHONE NUMBER:

It is critical that you promptly notify DCAS of any change to your mailing address, email address and/or phone number. If we do not have your correct mailing address, email address and/or phone number, you will not receive information about your exam(s), consideration for appointment and/or important information that may require a response by a specified deadline. If you need to update your Mailing Address, Email Address, and/or Telephone Number, read below:

- City Employees - update this information in NYCAPS Employee Self-Service (ESS) at *www.nyc.gov/ess*
- All Others - update this information on your Profile page in the Online Application System (OASys) by logging into your OASys account and navigating to your Dashboard, then your Profile tab at *www.nyc.gov/examsforjobs*
- Submit a written request by email at *OASys@dcas.nyc.gov*, by fax (646) 500-7190, or by regular mail: DCAS, 1 Centre Street, 14th Floor, New York, NY 10007. Your written request must include your full name, social security number, exam title(s), exam number(s), previous mailing and/or email address, and your new mailing and/or email address, and/or new telephone number.

## CHANGE OF NAME AND/OR SOCIAL SECURITY NUMBER:

Use the Data Correction Form and follow all instructions for changing your name and/or social security number with DCAS. The following link will provide you with the DCAS Data Correction Form:
*https://www1.nyc.gov/assets/dcas/downloads/pdf/employment/dp148a.pdf.*

## THE TEST RESULTS:

If you pass the computer-based test, the physical ability test, and meet all requirements and conditions, your name will be placed in final score order on an eligible list, you will be given a list number and you will be notified by email of your test results. The eligible list determines the order by which candidates will be considered for promotion. If you meet all requirements and conditions, you will be considered for promotion if your name is reached on the eligible list. Once a list has been established, it will typically remain active for four years. To learn more about the civil service system go to: *https://www.nyc.gov/site/dcas/employment/civil-service-system.page*.

If you believe that your test part was rated incorrectly, you may submit an appeal of your score to DCAS, Committee on Manifest Errors, through the Online Application System (OASys). Your appeal must give specific reasons why your score should be higher. Your appeal may result in a higher or lower rating.

To access the appeal portal of OASys, please log into your OASys account at *www.nyc.gov/examsforjobs* and use the following steps:

1. Navigate to the Dashboard for the Appeals tab.
2. Click the NEW APPEAL button to create and submit your appeal.
3. Select the exam from the Exam drop-down list, and
4. Select the exam part from the Exam Part drop-down list.
5. Select the reason for your appeal from the Appeal Reason drop-down list (if applicable).
6. Enter the details of your appeal by providing specific reasons why your score should be higher.

Note: You may attach up to 5 documents to support your appeal by using the attachment functionality.

## SPECIAL ARRANGEMENTS:

### Late Filing:

Consult **your agency's personnel office** to determine the procedure for filing a late application if you meet one or more of the following conditions:

1. You are absent from work for at least one-half of the application period and cannot apply for reasons such as vacation, sick leave or military duty; or
2. You become eligible after the above application period closed but before the date on which testing is expected to begin.

### Make-up Test:

You may apply for a make-up test if you cannot take the test on the regular test date(s) for any of the following reasons:

1. being ordered to military duty; or
2. compulsory attendance before a court or other public body or official having the power to compel attendance; or
3. on-the-job injury or illness caused by municipal employment where you are an officer or employee of the City; or
4. absence from the test within one week after the death of a spouse, domestic partner, parent, parent-in-law, sibling, child or child of a domestic partner where you are an officer or employee of the City; or
5. a clear error for which the Department of Citywide Administrative Services or the examining agency is responsible; or
6. a temporary disability; or

7. pregnancy, childbirth or a related medical condition.

To request a make-up test, contact Administration, Customer, and Exam Support (ACES) by email at *testingaccommodations@dcas.nyc.gov*, as soon as possible, and include documentation of the special circumstances that caused you to miss your test.

## ADDITIONAL INFORMATION:

### Veteran's Preference Credits:
The New York State Civil Service Law provides that additional points can be added to the final score of a candidate who is, or by the date of promotion expects to be, an honorably discharged veteran or disabled veteran of the Armed Forces of the United States. This is only an overview; specific conditions and instructions for requesting Veterans' Preference Credits and additional information are indicated in the Special Circumstances Guide located on the DCAS website at *https://www.nyc.gov/assets/dcas/downloads/pdf/employment/pdf_c_special_circumstances_guide.pdf* and available at the DCAS Computer-based Testing & Application Centers.

### Investigation:
The position is subject to investigation before promotion. At the time of investigation, you will be required to pay a $75.00 fee for fingerprint screening. At the time of investigation and at the time of promotion, you must present originals or certified copies of all required documents and proof, including but not limited to proof of date and place of birth by transcript of record from a Bureau of Vital Statistics or other satisfactory evidence, naturalization papers if necessary, proof of any military service, and proof of meeting educational requirements, if applicable. You may be disqualified if your statements are found to be false, exaggerated, or misleading or if you fail to provide required documents. Investigation must be completed prior to promotion.

### Probationary Period:
The probationary period is 18 months. As part of the probationary period, probationers will be required to successfully complete a prescribed training course. Probationers who fail to complete successfully such training course may be returned to their previous title.

### Application Receipt:
You will be emailed a receipt immediately after you have applied for the examination. If you do not receive this receipt, check "Junk", "Trash", or "Spam" folders for the primary email linked to your Online Application System (OASys) account. If you are unable to locate the email, you can view a summary of the notification email to you on your OASys Dashboard, under the Notifications tab. If you are still unable to find the email, please email DCAS via the Contact feature available in OASys with a description of the issue and include the exam number and your profile number located on your Profile page. While on your Profile page, check that the email addresses you provided are correct and/or updated.

## PENALTY FOR MISREPRESENTATION:
Any intentional misrepresentation on the application or examination may result in disqualification, even after promotion, and may result in criminal prosecution.

---

**The General Examination Regulations of the Department of Citywide Administrative Services (DCAS) apply to this examination and are part of this Notice of Examination. They are posted at nyc.gov/dcas and copies are available at the DCAS Computer-based Testing & Application Centers.**

The City of New York is an Equal Opportunity Employer.
Title Code No. 70310; Fire Service.

**For information about other exams, and your exam or list status, call 212-669-1357.**
**Internet: nyc.gov/dcas**