FDNY  
January 9, 2018

CM, CHAPTER 7 ADDENDUM 2 / EMS OGP 109-12  
BUREAU OF EMS MCI RESPONSE MATRIX (*Reference Material*)

| MCI Signal | Type of Signal | BLS | ALS | Haz-Tac Amb. | Rescue ALS Amb. | Cond. Officer | Haz-Tac Officer | Dep. Chief | Div. Chief | OMA MD | MRTU* | MERV* | METU | LSU | HTO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Report of Fire / All Hands Fire (10-75) | 1 | 1 | | | 1 | | A | | | | | | | |
| 22 | 2nd Alarm | 4 D | 1 | | 1 | 3 D | 1 | 1 | | | | 1 | 1 | | 1 | 1 A,G |
| 23 | 3rd Alarm | 5 D | 2 | | 1 | 4 D | 1 | 1 | 1 | B | | 1 | 1 | | 1 | 1 A,G |
| 24 | 4th Alarm | 6 D | 2 | | 1 | 5 D | 1 | 2 | 1 | 1 | | 1 | 1 | | 1 | 1 A,G |
| 25 | 5th Alarm or Greater | 7 D | 2 | | 2 | 6 D | 1 | 2 | 1 | 1 | | 1 | 1 | | 1 | 1 A,G |
| 27 | Medical Facility Incident | 1 | 1 | | | 1 | 1 | 2 | A,B | 1 | STBY | 1 | 1 | 1 | |
| 28 | Correctional Facility Incident | 2 | 1 | | | 2 | | 2 | A,B | 1 | STBY | 1 | | 1 | |
| 29 | Report of Explosives | 1 | 0 | | | 1 | NTFY | NTFY | | | | STBY | | | |
| 30 | Explosion | 2 | 1 | | 1 | 2 | 1 | 1 | B | 1 | STBY | 1 | STBY E | 1 | |
| 31 | Rapid Transit/Rail Incident | 4 | 2 | | 1 | 4 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 1 A,G |
| 32 | Ground Transport Incident | 2 | 1 | | | 1 | | NTFY E | F | | STBY | | 1 | | |
| 33 | Structural Collapse | 3 | 1 | | 1 | 2 | 1 | 1 | B | 1 | STBY | STBY | STBY E | 1 | |
| 34 | Construction Incident | 2 | 1 | | 1 | 1 | 1 | 1 | | 1 | STBY | STBY | STBY E | 1 | 1 A,G |
| 35 | Confined Space/Trench Rescue | 2 | 2 | | 1 | 2 | 1 | 1 | B | 1 | | | | | |
| 36 | Tunnel Incident (Non-rail) | 2 | 1 | | 1 | 2 | 1 | 1 | | | | STBY | STBY E | 2 | |
| 38 | Marine/Harbor Incident | 2 | 1 | | 1 | 1 | 1 | 1 | B | | STBY | STBY | | 1 | 1 A,G |
| 40 | Aircraft Incident | 6 | 4 | 1 B, 1 A | 1 | 6 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | 2 | 1 A,G |
| 42 | Civil Disturbance | 1 | 0 | | | 1 | | 1 | | | | STBY | | | |
| 43 | Hostage Incident | 1 | 0 | | | 1 | | NTFY A | | | | | | | |
| 44 | Power Failure/Blackout | 1 | 0 | | | 1 | | NTFY A | | | | STBY | | | |
| 50 | Active Shooter Incident | 3 | 0 | | | 1 | | 1 | 1 | 1 | STBY | STBY | STBY | STBY | 1 A,G |
| 59 | Other MCI (as indicated) | 1 | 0 | | | 1 | | NTFY A | | | | | | | |
| 76 | High Rise Fire - Commercial | 2 | 1 | | 1 | 2 | 1 | 1 | B | | 1 | 1 | | 1 | |
| 77 | High Rise Fire - Residential | 2 | 1 | | 1 | 2 | 1 | 1 | B | | 1 | 1 | | 1 | |
| 80 C1 | Haz-Mat | 1 | 0 | 1 B | | 1 | 1 | NTFY A | | | | | | | |

Note    MCI Signals 55, 57 or 58 are as listed in the IAP or as directed, as outlined in EMS OGP 106-24.

A) Response required for any incident with five (5) or more confirmed patients.  B) Confirmed notification required.  C) Units in addition to the units assigned based on alarm level.  D) One BLS ambulance and Conditions Officer are to staff the MERV or MRTU assigned to the Rehab Unit.  E) Response required for any incident with ten (10) or more stretcher patients.  F) Response required for any incident with twenty (20) or more patients.  G) To designated hospital location(s) as directed.

*- When both the MRTU or MERV are available in a division, the MRTU shall be assigned first.

| 10 Code | Type of Signal | BLS | ALS | Haz-Tac Amb. | Rescue ALS Amb. | Cond. Officer | Haz-Tac Officer | Dep. Chief | Div. Chief | OMA MD | MRTU | MERV | METU | LSU | HTO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | Major Response | 2 | 1 | | 1 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 G |
| 66 | Missing/Trapped FDNY Member | 1 C | 1 C | | 1 C | 2 | 1 C | 2 | 1 | 1 | | | | | 1 G |