Page 1

```
         IN THE UNITED STATES DISTRICT COURT
        IN THE SOUTHERN DISTRICT OF NEW YORK
            Case No. 22-cv-10336 (AT)(GWG)
                  [rel. 20-cv-3389]
```

Local 2507, UNIFORMED EMTs,
PARAMEDICS & FIRE INSPECTORS,
individually and on behalf of its
current and former members; et al.,

     Plaintiffs,
vs.

CITY OF NEW YORK on behalf of the Fire
Department of the City of New York,

     Defendant.
--------------------------------------------------------

          VIDEO CONFERENCE DEPOSITION OF

              JOHN M. ESPOSITO

              30(b)(6) WITNESS


              May 15th, 2023
              Via Video Conference
              10:01 a.m. - 5:15 p.m.


Reported by:
MARCIA L. ALF, R.P.R.
Notary Public
Job SY007236

 1   something inside the building is on fire to be
 2   considered a structural fire?
 3            MS. MINICUCCI:  Objection.  You can answer.
 4            THE WITNESS:  Both would be considered
 5      structural fires.  A fire in a building, inside
 6      the building and a fire that has communicated to
 7      the building components.
 8   BY MS. KURLAND:
 9      Q.   Could you explain more?
10           So for example, I'm assuming but please
11   correct me if I'm wrong, something like a grease fire
12   in a frying pan would not be considered a structural
13   fire, is that correct?
14            MS. MINICUCCI:  Objection.  You can answer.
15            THE WITNESS:  It depends on where that grease
16      fire in the frying pan is located.
17   BY MS. KURLAND:
18      Q.   So it's possible it could be considered a
19   structural fire?
20      A.   Yes.
21      Q.   So if you could just -- who makes the
22   determination that it is a structural fire or
23   nonstructural fire?
24            MS. MINICUCCI:  Objection.  You can answer.
25            THE WITNESS:  If the fire's located in or on