| | |
|---|---|
| **From:** | Yetta G. Kurland |
| **To:** | Philion, Rachel S. |
| **Cc:** | Lora Minicucci; Hurd, Steven D.; Tucker, Jacob P.; Bashinski, Hayden F.; David B. Rankin; Tala Alfoqaha; Jackie BeVier |
| **Subject:** | Local 2507 et al v. City of New York 22cv10336 [rel20cv3389] |
| **Date:** | Friday, July 11, 2025 2:45:43 PM |
| **Attachments:** | Copy of STRs_RFPs_7-8 24 and 38-41 w Ps Edits.xlsx |

Rachel,

As discussed please see our proposed edits to search terms for our requested ESI. Please provide the hit count to us on Monday.

Thank you.

Best,

Yetta


Yetta G. Kurland, Esq.
Senior Partner
The Kurland Group
**Tel: 212 253-6911** || **Fax: 212 614-2532**
85 Broad Street, 18th Floor | NY, NY 10004
www.kurlandgroup.com

The information contained in this email is intended only for the personal and confidential use of the named individual or entity to whom it is addressed. This message may be an attorney-client communication, and as such it is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and any review, dissemination, distribution or copying of this message or any part thereof is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by email.

| RFP#7 - FDNY Agreement | TOTAL | |
|---|---|---|
| **Total Documents with Hits** | 25,200 | |
| **Total Documents with Hits + Relational Groups** | 48,111 | |

| Name | Documents with hits | Documents with hits, including group |
|---|---|---|
| "Memorandum of Agreement" AND "Emergency Medical Services" AND "OLR" OR "Office of Labor Relations" | 261 | 976 |
| "Memorandum of Agreement" AND "Emergency Medical Technician" AND "OLR" OR "Office of Labor Relations" | 121 | 635 |
| "Memorandum of Agreement" AND "Emergency Medical Technicians" | 53 | 190 |
| "Memorandum of Agreement" AND "paramedic*" AND "OLR" OR "Office of Labor Relations" | 789 | 2,299 |
| "Memorandum of Agreement" AND EMS AND "OLR" OR "Office of Labor Relations" | 1,848 | 5,606 |
| "Memorandum of Agreement" AND EMT AND "OLR" OR "Office of Labor Relations" | 713 | 2,041 |
| "Memorandum of Understanding" AND "Emergency Medical Services" | 92 | 309 |
| "Memorandum of Understanding" AND "Emergency Medical Technician" | 13 | 78 |
| "Memorandum of Understanding" AND "Emergency Medical Technicians" | 43 | 147 |
| "Memorandum of Understanding" AND "paramedic*" | 80 | 267 |
| "Memorandum of Understanding" AND EMS AND "OLR" OR "Office of Labor Relations" | 189 | 602 |
| "Memorandum of Understanding" AND EMT | 45 | 149 |
| "MOA" AND "Emergency Medical Technicians" | 31 | 145 |
| "MOU" AND "Emergency Medical Technician" | 37 | 101 |
| "MOU" AND "Emergency Medical Technicians" | 17 | 71 |
| "side letter" AND "Emergency Medical Services" AND "OLR" OR "Office of Labor Relations" | 328 | 1,296 |
| "side letter" AND "Emergency Medical Technician" AND "OLR" OR "Office of Labor Relations" | 155 | 552 |
| "side letter" AND "Emergency Medical Technicians" | 62 | 218 |
| "side letter" AND "paramedic*" AND "OLR" OR "Office of Labor Relations" | 934 | 2,534 |
| "side letter" AND EMS AND "OLR" OR "Office of Labor Relations" | 2,689 | 6,729 |
| "side letter" AND EMT AND "OLR" OR "Office of Labor Relations" | 1,116 | 2,531 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 "Battalion Chief" | 0 | 0 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 "Deputy Chief" AND "OLR" OR "Office of Labor Relations" | 349 | 558 |

| Query | | |
|---|---|---|
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 "Division Chief" | 2 | 2 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 "Division Commander" | 0 | 0 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 "Local 2507" AND "OLR" OR "Office of Labor Relations" | 272 | 545 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 "Local 3621" AND "OLR" OR "Office of Labor Relations" | 166 | 689 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 ("Supervising Emergency Medical Service Specialist Level") | 65 | 103 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 ("Uniform Firefighters Association" OR UFA OR "Local 94") | 1,838 | 4,777 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 ("Uniformed Fire Officers Association" OR UFOA OR "Local 854") AND "OLR" OR "Office of Labor Relations" | 1,169 | 2,454 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 (SOA or "Superior Officers Association") AND "OLR" OR "Office of Labor Relations" | 492 | 1,038 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 Captain | 268 | 684 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 EMS AND "OLR" OR "Office of Labor Relations" | 2,466 | 4,585 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 EMT AND "OLR" OR "Office of Labor Relations" | 389 | 694 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 Fire* AND "OLR" OR "Office of Labor Relations" | 1,576 | 4,301 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 Firefighter | 107 | 284 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 Lieutenant AND "OLR" OR "Office of Labor Relations" | 294 | 658 |
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "Side letter") W/20 Paramedic AND "OLR" OR "Office of Labor Relations" | 242 | 514 |

| | | |
|---|---:|---:|
| (MOU OR MOA OR "Memorandum of Understanding" OR "Memorandum of Agreement" OR "side letter") W/20 Sergeant AND "OLR" OR "Office of Labor Relations" | 252 | 526 |
| (MOU OR MOA OR Memorandum of Understanding OR Memorandum of Agreement OR side letter) W/20 (DC 37 OR DC37 OR District Council 37) AND "EMS" AND "OLR" OR "Office of Labor Relations" | 15,122 | 29,670 |
| MOA AND "Emergency Medical Services" AND "OLR" OR "Office of Labor Relations" | 422 | 1,718 |
| MOA AND "Emergency Medical Technician" | 180 | 756 |
| MOA AND "paramedic*" AND "OLR" OR "Office of Labor Relations" | 1,047 | 3,405 |
| STRIKE | 4,909 | 11,973 |
| STRIKE | 1,160 | 3,545 |
| STRIKE | 158 | 309 |
| STRIKE | 450 | 870 |
| STRIKE | 1,054 | 2,093 |
| STRIKE | 232 | 541 |

| RFP#8 Disability | TOTAL |
|---|---|
| **Documents with Hits** | **8,162** |
| **Documents with Hits + Relational Groups** | **12,544** |

| Name | Documents with hits |
|---|---|
| "disability pension benefit" AND "EMS" or "Fire*" | 140 |
| "disability pension benefits" AND "EMS" or "Fire*" | 230 |
| Fire* or EMS AND ((STRIKE lobby) AND (legislation STRIKE) AND (support)) | 8,049 |
| firefighter* AND "disability pension benefit*" AND (legislation OR statut* OR amend*) | 266 |

**Documents with hits, including group**

354

293

12,402

464

| RFP#24 Pattern Bargaining | TOTAL | |
|---|---|---|
| **Documents with Hits** | 37,152 | |
| **Documents with Hits + Relational Groups** | 81,986 | |
| Name | Documents with hits | Documents with hits, including group |
| (EMS OR EMT* OR paramedic*) W/10 (uniform* OR (pattern bargaining)) | 526 | 1,314 |
| (EMS OR EMT* OR paramedic*) W/10 (civilian OR (pattern bargaining)) | 394 | 863 |
| (EMS OR EMT* OR paramedic*) AND "pattern bargaining" | 1,131 | 2,688 |
| STRIKE | 651 | 1,652 |
| STRIKE | 445 | 999 |
| "uniform pattern bargaining" W/10 "Fire" or "FDNY" | 36,315 | 80,528 |

| RFP#38 Local Law | TOTAL |
| --- | --- |
| **Documents with Hits** | **5,427** |
| **Documents with Hits + Relational Groups** | **14,243** |

| Name | Documents with hits | Documents with hits, including group |
| --- | --- | --- |
| "Local Law 19" or "12-307" AND pay | 293 | 782 |
| "Local Law 19" or "12-307" AND salary | 256 | 833 |
| "Local Law 19" or "12-307" AND wages | 197 | 600 |
| "Local Law 19" or "12-307" AND benefits | 313 | 813 |
| "Local Law 19" or "12-307" AND parity | 93 | 345 |
| "Local Law 19" or "12-307" AND bargain* | 407 | 1,067 |
| "Local Law 19" or "12-307" AND negotiat* | 280 | 820 |
| "Local Law 19" or "12-307" AND union* | 380 | 1,000 |
| "Local Law 19" or "12-307" AND local* | 475 | 1,182 |
| "Local Law 19" or "12-307" AND uniform* | 348 | 973 |
| "Local Law 19"or "12-307"  AND civilian | 211 | 694 |
| "Local Law 19" or "12-307" AND (EMS OR "emergency medical services" OR EMT* OR "emergency medical technician*" OR paramedic*) | 380 | 914 |
| "Local Law 19" AND (bargaining OR pattern) | 409 | 1,072 |
| STRIKE | 5,142 | 13,752 |

SEARCH PERIOD FROM 2000 through 2010

| RFP#39-41 Cases | TOTAL |
|---|---|
| **Documents with Hits** | **2,194** |
| **Documents with Hits + Relational Groups** | **6,687** |

| Name | Documents with hits | Documents with hits, including group |
|---|---|---|
| ((EMS AND Uniformed) OR "emergency medical services" OR EMT* OR "emergency medical technician*" OR paramedic* OR uniform*) AND ("Mayor of the City of New York" OR "Mayor of City of N.Y." OR "Mayor of New York") and "Local Law 19" or "Admin Code 12-307" | 1,995 | 6,179 |
| ((EMS AND Uniformed) OR "emergency medical services" OR EMT* OR "emergency medical technician*" OR paramedic* OR uniform*) AND (court OR appeal OR judge) AND "Local Law 19" or "Admin Code 12-307" | 268 | 779 |

SEARCH PERIOD FROM 2000 through 2010