# New York City Fire Department
# Bureau of EMS

*When responding refer to Buckslip No.:* **EMS-25-01-14**    *Buckslip Date:* 1/22/2025

*Ref. No:*    *Date Logged:* 1/22/2025

---

**To:**    All EMS Commands

**Subject:**    NEW REQUIREMENTS FOR CARDIAC STRESS TESTING AND STAIRMILL TEST STATION AT ANNUAL MEDICALS

**Action:**    For Distribution / Posting

**Remarks**    Commanding Officers to Post at Assigned Stations / Divisions and to be Read at all Roll Calls

**cc's:**

**Due Date:**

Michael J.Fields
*Chief of EMS*

**Filed:** EMS Operations
MJF/GC/eal

# FDNY

**Michael J. Fields**
Chief of EMS

TO:        All Division Commands

FROM:    Michael J. Fields                              Chief of EMS

DATE:    January 22, 2025                            Buckslip No.:    **EMS OPS - 25-01-14**

SUBJECT:    New Requirements for Cardiac Stress Testing and Stairmill Test Station at Annual Medicals

Coronary Heart Disease is the leading cause of death among adults in the United States. EMTs, Paramedics, and EMS Officers are at a higher risk of developing heart disease because of the high-stress environment they operate in daily.  Stress releases cortisol, a hormone that can increase the risk of heart disease.  Heat shock proteins may also increase risk.  Myocardial Infarction is the most common life-threatening medical event faced by full-duty EMTs, Paramedics, and EMS Officers.

Cardiac Stress Testing is not a physical fitness test.  It is a medical test that can save lives.  Currently, cardiac stress testing is voluntary for asymptomatic EMTs, Paramedics, and EMS Officers who have a 10% or greater risk of cardiovascular disease based on the American College of Cardiology/American Heart Association (ACC/AHA) 10-year cardiovascular risk criteria.

The Stairmill Test Station is both an exercise, fitness, and medical test.  Along with the other tests performed at the annual medical, it can identify those who might be at greater risk for cardiopulmonary disease.  Maintaining fitness, a healthy diet, and wearing personal protective equipment also reduce the risk of cancer.

**Effective January 1st, 2025, BHS has implemented the following changes consistent with NFPA 1582 Standards:**

A) Cardiac Stress Test with Imaging is now mandatory for **newly hired (post 1/1/25)** asymptomatic EMTs, Paramedics, and EMS Officers when they reach the age of 40 and have a 10% or greater risk of cardiovascular disease based on the ACC/AHA 10-year cardiovascular risk criteria.

B) Cardiac Stress Test with Imaging is now mandatory for asymptomatic full-duty EMTs, Paramedics, and EMS Officers **NEWLEY ASSIGNED** TO HAZMAT or RESCUE when they reach the age of 40 and have a 10% or greater risk of cardiovascular disease based on the ACC/AHA 10-year cardiovascular risk criteria.

C) **All newly hired EMTs and Paramedics (post 1/1/25)** are required to perform the Stairmill Test (five [5] minutes protocol) while wearing the 50lb vest as part of their annual medical throughout their entire FDNY career as long as their duty status is full-duty.

D) EMTS, Paramedics, and EMS Officers **NEWLY ASSIGNED** to HAZMAT or RESCUE **(regardless of hire date)** are now required to perform the Stairmill Test (five [5] minutes protocol) while wearing the 50lb vest as part of their annual medical.