# EXHIBIT 1

| | |
|---|---|
| **From:** | Tucker, Jacob P. |
| **To:** | Yetta G. Kurland; Philion, Rachel S. |
| **Cc:** | Lora Minicucci; Hurd, Steven D.; Bashinski, Hayden F.; David B. Rankin; Tala Alfoqaha; Jackie BeVier |
| **Subject:** | RE: Local 2507 et al v. City of New York 22cv10336 [rel20cv3389] |
| **Date:** | Monday, July 14, 2025 1:49:00 PM |

Yetta –

The City consents to adjourning any noticed deposition dates until the parties have more clarity on the discovery schedule. To be clear, at this time we are only agreeing to schedule depositions for which we have agreed to provide a witness and are not waiving any of our objections to deposition notices. Of course, we understand that Plaintiffs are not waiving their objections either.

Best,

**Jake Tucker**
Attorney at Law

**Proskauer**
Eleven Times Square
New York, NY 10036-8299
d 212.969.3857
f  212.969.2900

jtucker@proskauer.com

**green**spaces
Please consider the environment before printing this email.

**From:** Yetta G. Kurland <kurland@kurlandgroup.com>
**Sent:** Monday, July 14, 2025 9:29 AM
**To:** Philion, Rachel S. <rphilion@proskauer.com>
**Cc:** Lora Minicucci <lminicuc@law.nyc.gov>; Hurd, Steven D. <shurd@proskauer.com>; Tucker, Jacob P. <jtucker@proskauer.com>; Bashinski, Hayden F. <HBashinski@proskauer.com>; David B. Rankin <DRankin@blhny.com>; Tala Alfoqaha <talfoqaha@blhny.com>; Jackie BeVier <jbevier@blhny.com>
**Subject:** Local 2507 et al v. City of New York 22cv10336 [rel20cv3389]

*This email sent by kurland@kurlandgroup.com originated from outside the Firm.*

Hi Rachel,

I wanted to check in on deposition scheduling. We did not get to discuss this last week. Given the Court's Order including the adjournment of deadlines, I think we should likewise adjourn our deposition dates. I know you had provided a date for Don Nguyen, and we had both served notices for depositions at the end of July and early August.

Can we agree to reschedule these all, but to hold off until the Court rules on the schedule after which we can confer and set dates?

Best,

Yetta


Yetta G. Kurland, Esq.
Senior Partner
The Kurland Group
**Tel: 212 253-6911** || **Fax: 212 614-2532**

85 Broad Street, 18th Floor | NY, NY 10004

www.kurlandgroup.com

The information contained in this email is intended only for the personal and confidential use of the named individual or entity to whom it is addressed.  This message may be an attorney-client communication, and as such it is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and any review, dissemination, distribution or copying of this message or any part thereof is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by email.