# EXHIBIT 3

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                              :
                                         Docket #22cv10336
 LOCAL 2507, UNIFORMED EMTs,        :
 PARAMEDICS & FIRE INSPECTORS,
 et al.,                            :

                     Plaintiffs,    :

         - against -                :

 CITY OF NEW YORK,                  :
                                         New York, New York
                     Defendant.     : May 14, 2025

------------------------------------:


                    PROCEEDINGS BEFORE
           THE HONORABLE GABRIEL W. GORENSTEIN,
              UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiffs:         THE KURLAND GROUP
                        BY:  YETTA KURLAND, ESQ.
                        85 Broad Street, 28th Floor
                        New York, New York 10004

                        BELDOCK LEVINE & HOFFMAN LLP
                        BY:  DAVID RANKIN, ESQ.
                        99 Park Ave 26th Floor
                        New York, New York 10016
```

```
Transcription Service: Carole Ludwig, Transcription Services
                       155 East Fourth Street #3C
                       New York, New York 10009
                       Email:  Transcription420@aol.com
```

```
Proceedings and recorded by electronic sound recording;
Transcript produced by transcription service.
```

```
 1                          PROCEEDING                    15
 2   way to have put it and what's the answer?
 3             MS. KURLAND:  They are for both Fire and EMS
 4   jobs in the FDNY.
 5             THE COURT:  I see.  So does the form itself
 6   specify Fire, EMS, both, neither, silent?
 7             MS. KURLAND:  So you can identify when you have
 8   an interest in applying for EMS or whether you have an
 9   interest in applying for Fire, and the testimony of
10   plaintiffs is that they are told for women and people of
11   color to encourage them, if they come up and ask to fill
12   out an expression of interest for Fire, they are told
13   fill, you know, to also check off the EMS box because --
14             THE COURT:  Wait, I'm sorry, who's telling who?
15   Start again.
16             MS. KURLAND:  Sure.  The what's called the
17   recruiters, the recruiters for the FDNY, one of which is
18   an affiant here, explains that she was recruiting for
19   the FDNY in communities of color and that she was told,
20   as were others, that the policy was when a woman or
21   person of color approach the table to express an
22   interest in applying for a position for Fire, they were
23   told to also fille out an expression of interest for EMS
24   because it was easier to get into EMS and then they
25   could eventually go to Fire and that we're going to show
```

```
 1                        PROCEEDING                    16
 2   that those expression of interests where you're going to
 3   see, I think, that women and people of color have both
 4   of those boxes checked.  It's going to corroborate the
 5   Simmons testimony that, in fact, defendant was steering
 6   women and people of color to the EMS side which is an
 7   important and relevant topic for our segregated,
 8   occupational segregation.
 9            THE COURT:  Okay, just to get back to what the
10   affiants were asserting.  So the affiants are asserting
11   that they were told by superiors within FDNY that if a
12   plaintiff class person approached and handed in a form
13   with just FDNY checked or asked about how to fill out
14   the form or what, the person was told to be sure to
15   check EMS as well or instead of FDNY.  Why don't you
16   correct me for where I got all that wrong.
17            MS. KURLAND:  They were encouraged and
18   recommended to also check the EMS box and to actually
19   ultimately apply for EMS positions --
20            THE COURT:  Okay.
21            MS. KURLAND:  -- instead of Fire positions.
22            THE COURT:  All right, so your theory is that
23   this form - tell me what - I guess my problem is how
24   does this form - what kind of data can you get from this
25   form that would back up the contention that this was, of
```

PROCEEDING                    17

what the affiants were saying?

MS. KURLAND:  For example, as counsel had acknowledged, race and gender demographics are on that form so you will see women and people of color checking off both boxes instead of just checking off the Fire box compared to white and male --

THE COURT:  Okay, so if we have 100 percent white males check Fire and 100 percent black and females check both, you think that would be indicative, that would back up your affiants.

MS. KURLAND:  It would.

THE COURT:  Okay.  Let me just go back to the defendants.  I mean there's two steps to this.  One is that the forms would back up the affiants and the second is whether the affiants' claim is relevant to this, whether the affiants' statement about the steering, are you saying that's not relevant to this case or are you saying the data from the forms would not be relevant? So why don't you help me on that.

MS. PHILION:  Sure, so, Your Honor, first, as an initial matter, I must correct something that Ms. Kurland said.  This is not form in which you check a box.  There are two forms.  There's one to express interest in a position as a firefighter and one to