# EXHIBIT 4

Page 1

             IN THE UNITED STATES DISTRICT COURT
           IN THE SOUTHERN DISTRICT OF NEW YORK
               Case No. 22-cv-10336 (AT)(GWG)
                      [rel. 20-cv-3389]


Local 2507, UNIFORMED EMTs,
PARAMEDICS & FIRE INSPECTORS,
individually and on behalf of its
current and former members; et al.,

        Plaintiffs,
vs.

CITY OF NEW YORK on behalf of the Fire
Department of the City of New York,

        Defendant.
--------------------------------------------------------




              VIDEO CONFERENCE DEPOSITION OF

                 ROBERT WILLIAM ALEXANDER

                 30(b)(6) AND FACT WITNESS




                       May 16th, 2023
                       Via Video Conference
                       1:00 p.m. - 5:14 p.m.






Reported by:
MARCIA L. ALF, R.P.R.
Notary Public
Job SY7237

 1       that's correct.
 2   BY MS. KURLAND:
 3       Q.   When you say by exam by exam basis, does that
 4   mean that the agency has to tell you each time, okay,
 5   we'd like to link these two titles up again?
 6       A.   That's correct.
 7       Q.   Do they have to give you a proposal or an
 8   explanation for why they think those titles are
 9   related enough such that one can promote to the other?
10            MS. MINICUCCI:  Objection.  You can answer.
11            THE WITNESS:  They do not.  Because in the
12        situations of firefighter, they are -- they are
13        titles used exclusively by the FDNY.  If there
14        were to be titles outside of their purview, then
15        yes, we would have to look at some rhyme or
16        reason for the proposal.  Because that could be
17        poaching from other agency's employees.
18   BY MS. KURLAND:
19       Q.   For example, let's use the PAA title that you
20   talked about earlier.
21            If PAAs were not designated to be in the line
22   of promotion already into administrative managers,
23   which I think they are, let's assume for this
24   hypothetical that they weren't already determined to
25   be in the line of promotion, and the FDNY came to you