# EXHIBIT 5

# SUMMARY OF WORK-RELATED INJURIES AND ILLNESSES

Calender Year  2020

| 1. ESTABLISHMENT INFORMATION | 2. EMPLOYMENT INFORMATION |
|---|---|
| EMS Division 1/Manhattan | Average Number of Employees |
| PIER 36 PO BOX 365 | 50 |
| MANHATTAN    NY    10002 | Total Hours worked By All Employees Last year |
| FIRE DEPARTMENT |  |
| 922160 | 97445 |

| 3. NUMBER OF CASES | | 4. NUMBER OF DAYS | | 5. INJURIES AND ILLNESS TYPES | |
|---|---|---|---|---|---|
| DEATHS | 0 | AWAY FROM | 241 | INJURIES | 6 |
| DAY AWAY FROM WORK | 6 | | | SKIN DISORDERS | 0 |
| JOB TRANSFER OR RESTRICTION | 0 | JOB TRANSFER OR RESTRICTION | 0 | RESPIRATORY CONDITIONS | 0 |
| | | | | POISONINGS | 0 |
| OTHER RECORDABLE CASES | 0 | | | HEARING LOSS | 0 |
| | | | | ALL OTHER ILLNESSES | 0 |

## 6. CERTIFICATION

I certify that I have examined this document and that to the best of my knowledge the entries are true,

SIGNATURE  _[signature]_        TITLE  Chief Medical Officer

PRINT NAME  David Prezant, MD        DATE  02/11/2021

LOCAL 2507-DEF-0003266