July 25, 2025

**VIA ECF**
The Honorable Gabriel W. Gorenstein, U.S.M.J.
United States District Court Southern District of New York
40 Foley Square, Room 519
New York, New York 10007

Re:     **Local 2507, et al v. City of New York, 22-cv-10336 (AT)(GWG) [rel. 20-cv-3389]**

Dear Your Honor:

   Parties write jointly regarding the continuance of the Court conference that took place yesterday July 24, 2025 at 3:30pm.

   The parties are available to proceed on Tuesday, July 29, 2025, at 3:30 pm in person.

   We thank the Court for its consideration.


   _____//s//_____                _____//s//_____

Yetta G. Kurland                    Lora Minicucci
The Kurland Group                   New York City Law Department
Attorneys for Plaintiffs            Attorneys for Defendant