UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LOCAL 2507, UNIFORMED EMTS,
PARAMEDICS & FIRE INSPECTORS et al.,        :

                                            :        ORDER
                Plaintiffs,                          22 Civ. 10336 (AT)(GWG)

                                            :

    -v.-
                                            :

CITY OF NEW YORK,
                                            :

                Defendant.                  :
-------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        The discovery conference begun on July 24, 2025, is continued to Tuesday, July 29, 2025, at 3:30 p.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York, 10007.

        This conference is the only matter scheduled for this date and time.   The parties must plan to arrive early so as to ensure that the conference begins on time.

        Upon receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.   Any adjournment may be sought in accordance with paragraph 1.F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

        SO ORDERED.

Dated: July 28, 2025
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge