MEMORANDUM ENDORSED



Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

October 21, 2025

Rachel S. Philion
Partner
d +1.212.969.3623
f 212.969.2900
rphilion@proskauer.com
www.proskauer.com

**VIA ECF**

Hon. Gabriel W. Gorenstein
United States District Court Southern District of New York
40 Foley Square, Room 519
New York, New York 10007

Re:   **Local 2507, et al v. City of New York, 22-cv-10336 (AT)(GWG) [rel. 20-cv-3389]**

Your Honor:

      We represent Defendant the City of New York (the "City") in the above-referenced action. In accordance with Paragraph 1(F) of Your Honor's Individual Rules, we write to respectfully request an adjournment of the conference currently scheduled for October 23, 2025 at 2:30 p.m. [ECF No. 274] to 2:30 pm on November 14, 2025. The City requests this adjournment because counsel for the City have pre-existing scheduling conflicts and are not available on October 23, 2025.

      Plaintiffs consent to this request and have confirmed their availability for the proposed date and time.

      We thank the Court for its time and consideration.

Respectfully Submitted,

*/s/* Rachel S. Philion

Rachel S. Philion

      The conference is adjourned to November 14, 2025, but at 3:30 p.m. (that is, a time different from the one requested). If this time change is a problem, please let Chambers know.

      So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 23, 2025