UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
LOCAL 2507, UNIFORMED EMTs,
PARAMEDICS & FIRE INSPECTORS et al.,           :

    Plaintiffs,    :    ORDER

   -v.-      :
           22 Civ. 10336 (AT) (GWG)
          :
CITY OF NEW YORK
          :
    Defendant.
---------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

  The Court has reviewed plaintiffs' application to inspect various fire department facilities and defendant's response (Docket ## 277, 278). The application is denied largely for the reasons stated in defendant's letter (Docket # 278). A visual depiction of nonpublic areas of the facilities is of only tangential relevance to this case, and whatever value it has is far outweighed by the obvious disruption and burden that would ensue from outsiders (consisting of attorneys and a videographer) videotaping the interiors of firehouses, including largely nonpublic areas.

  Certainly, plaintiffs are free to obtain information about the nature of the facilities through depositions and, potentially, requests to admit. But plaintiffs have not shown that videotaping the facilities is proportional to the needs of this case. Plaintiffs provide evidence of a public video of a firehouse facility and advert to the fact that there are public tours but no evidence that the areas at issue are in a public video or shown on tours.[1]

  To put this in concrete terms, plaintiffs will, for example, easily be able to argue from evidence obtainable through other means that firefighters have access to bathrooms and sleeping areas whereas EMS First Responders do not. A videotape of a firehouse's bathrooms or sleeping areas would add little to such a record — and the value to plaintiffs of this sort of evidence is far outweighed by the disruption to the personnel in the firehouse.

---

[1] We note that we have not considered plaintiffs' reply letter (Docket # 279) as the Court's Individual Practices do not provide for such a letter and the Court has previously admonished plaintiffs not to send a reply letter. See Docket # 280.


SO ORDERED.

Dated: November 4, 2025
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge