UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                             :

LOCAL 2507, UNIFORMED EMTS,
PARAMEDICS & FIRE INSPECTORS et al.,    :

                  Plaintiffs,                                                     :

               -v.-

CITY OF NEW YORK

                  Defendant.
------------------------------------------------------------X

ORDER

22 Civ. 10336 (AT) (GWG)

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Because it has been announced that the Courthouse will be closed on Fridays during the lapse in appropriations, the discovery conference scheduled for November 14, 2025, is adjourned to November 19, 2025, at 3:30 p.m.

     SO ORDERED.

Dated: November 10, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge