MEMORADUM ENDORSED



Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

November 13, 2025

Rachel S. Philion
Partner
d +1.212.969.3623
f 212.969.2900
rphilion@proskauer.com
www.proskauer.com

**VIA ECF**

Hon. Gabriel W. Gorenstein
United States District Court Southern District of New York
40 Foley Square, Room 519
New York, New York 10007

Re: **Local 2507, et al v. City of New York, 22-cv-10336 (AT)(GWG) [rel. 20-cv-3389]**

Your Honor:

We represent Defendant the City of New York (the "City") in the above-referenced action. In accordance with Paragraph 1(F) of Your Honor's Individual Rules, we write to respectfully request an adjournment of the conference currently scheduled for November 19, 2025 at 3:30 p.m. [ECF No. 282] to November 24, 2025 at 2:30 p.m. The City requests this adjournment because counsel for the City have a pre-existing conflict and are not available on November 19, 2025.

Plaintiffs consent to the adjournment and have confirmed their availability for the proposed date and time.

We thank the Court for its time and consideration.

Respectfully Submitted,

*/s/* Rachel S. Philion

Rachel S. Philion

> Conference adjourned to November 24, 2025, at 3:30 p.m. (Please note that the start time is different from the one requested in this letter.)
>
> So Ordered.
>
> _____
> GABRIEL W. GORENSTEIN
> United States Magistrate Judge
> November 17, 2025