UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
LOCAL 2507, UNIFORMED EMTs,
PARAMEDICS & FIRE INSPECTORS et al.,          :

                    Plaintiffs,               :              ORDER

            -v.-                              :
                                                       22 Civ. 10336 (AT) (GWG)
                                              :

CITY OF NEW YORK                              :

                    Defendant.                :
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE


        Plaintiffs' application (Docket # 286) does not comply with paragraph 2.A of the Court's
Individual Practices.  The letter consists almost entirely of a pointless listing of the history of
discovery disputes.  As to what remains, paragraph 2.A of the Court's Individual Practices
requires that the parties discuss each issue separately and that Court intervention be sought only
where there is a ripe dispute about a particular problem.  Most importantly, any letter seeking
Court intervention must give both sides' positions as to any dispute.  This letter utterly fails in
this respect.

        The request for reconsideration of the Court's July 24, 2025, Order is denied as umtimely.
See Local Civil Rule 6.3.

        SO ORDERED.

Dated:  December 4, 2025
        New York, New York


                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge