UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                        :
LOCAL 2507, UNIFORMED EMTs,
PARAMEDICS & FIRE INSPECTORS et al.,                    :

                    Plaintiffs,                         :            ORDER

          -v.-                                          :
                                                                22 Civ. 10336 (AT) (GWG)
                                                        :
CITY OF NEW YORK
                                                        :
                    Defendant.                          :
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

        The Court issues this Order to address one point raised in the first paragraph of Docket #307.  (The Court has not otherwise considered Docket # 307.)   It is wasteful and improper for an attorney to proceed with a deposition if opposing counsel gives the attorney advance notice that its witness will not be appearing at that deposition.

        The Court makes no finding that plaintiff's counsel intended to do so in this case.  Also, by issuing this Order the Court does not intend to signal that it does or does not intend to decide the dispute raised in this letter in advance of the scheduled deposition dates.  This Order is issued merely out of caution.

        SO ORDERED.

Dated:  January 6, 2026
        New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge