UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                           :

LOCAL 2507, UNIFORMED EMTs,
PARAMEDICS & FIRE INSPECTORS et al.,    :

             Plaintiffs,         :         ORDER

          -v.-               :

CITY OF NEW YORK           :        22 Civ. 10336 (AT) (GWG)

                                           :

            Defendant.
------------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The discovery conference scheduled for June 15, 2026, is adjourned to June 24, 2026 at 3:30 p.m.

      SO ORDERED.

Dated:  June 12, 2026
        New York, New York

                                   _____
                                   GABRIEL W. GORENSTEIN
                                   United States Magistrate Judge