UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

LOCAL 2507, UNIFORMED EMTs, PARAMEDICS & FIRE INSPECTORS et al.,

Plaintiffs,

-v.-

CITY OF NEW YORK

Defendant.

---------------------------------------------------------------x

ORDER

22 Civ. 10336 (AT) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

The deadlines in the existing case management schedule (Docket # 262) having expired, the parties shall file a jointly-composed letter as to the status of discovery in this matter including a proposal (or separate proposals) for a new case management schedule. Such letter shall be filed on or before October 13, 2026.

SO ORDERED.

Dated: October 6, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge