Proskauer Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

MEMORANDUM ENDORSED

Edna D. Guerrasio
Partner
d +1.212.969.3012
f 212.969.2900
eguerasio@proskauer.com
www.proskauer.com

October 9, 2026

**VIA ECF**

Hon. Gabriel W. Gorenstein
United States District Court Southern District of New York
40 Foley Square, Room 519
New York, New York 10007

Re: **Local 2507, et al v. City of New York, 22-cv-10336 (AT)(GWG) [rel. 20-cv-3389]**

Your Honor:

We represent Defendant the City of New York in the above-referenced action and write jointly with Plaintiffs' counsel to request an adjournment of the October 13, 2026 deadline recently set by the Court for a joint-letter and proposed case management schedule. (Dkt. 353.) Plaintiffs' counsel is unavailable today and Monday is a holiday. On Tuesday, October 13, 2026, the parties intend to meet and confer about outstanding discovery issues and discuss a proposed case management plan. The parties therefore respectfully request an adjournment of the current October 13, 2026 deadline to October 20, 2026. This is the parties' first request for an extension of the October 13, 2026 deadline.

We thank the Court for its time and consideration.

Respectfully Submitted,

/s/ Edna Guerrasio
Edna D. Guerrasio

Extension to October 20, 2026, granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 13, 2026